UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Robert Annabel,

    Plaintiff,

v.                                              Case No. 12-13590

Daniel Heyns, *et al.*,                         Sean F. Cox
                                                United States District Court Judge
    Defendants.
_____/

## ORDER
## ACCEPTING AND ADOPTING
## MARCH 24, 2014 REPORT & RECOMMENDATION

Plaintiff Robert Annabel ("Plaintiff") filed this *pro se action* on August 14, 2012, asserting claims against Defendants pursuant to 42 U.S.C. §§1983, 1985(3), and Title II of the Americans with Disabilities Act.

The matter was referred to Magistrate Judge Paul Komives for all pretrial proceedings. (*See* Docket Entry No. 7).

On March 24, 2014, Magistrate Judge Komives issued a Report and Recommendation ("R&R) that gave recommendations regarding three different motions. (Docket Entry No. 85). In that R&R, Magistrate Judge Komives recommends that the Court: 1) deny Plaintiff's motion for extension of discovery, 2) deny Plaintiff's motion seeking a temporary restraining order; and 3) grant Defendant Dinsa's motion for summary judgment.

Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must filed objections to the R&R within fourteen (14) days after being served with a copy of the R&R. "The district judge to whom the case is assigned shall

1

make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made." *Id*.

No party has filed objections to the R&R and the time permitted for filing objections to the R&R has passed.

The Court hereby ADOPTS the March 24, 2014 R&R. IT IS ORDERED that: 1) Plaintiff's motion to extend discovery is DENIED; 2) Plaintiff's motion seeking a temporary restraining order is DENIED; and 3) Defendant Dinsa's motion for summary judgment is GRANTED.

IT IS SO ORDERED.


Dated: April 30, 2014               S/ Sean F. Cox
                                    Sean F. Cox
                                    U. S. District Judge


I hereby certify that on April 30, 2014, to foregoing document was served on counsel of record via electronic means and upon Robert Annabel via First Class mail at the address below:

Robert Annabel #414234
Gus Harrison Correctional Facility
2727 E. Beecher Street
Adrian, MI 49221

                                    S/ J. McCoy
                                    Case Manager