UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Robert Annabel, II,

    Plaintiff,

v.                                               Honorable Sean F. Cox

Daniel Heyns, *et al.*,                   Case No. 12-13590

    Defendants.

_____/

### ORDER DENYING
### PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* ON APPEAL

      Although a final judgment has not yet been issued in this matter, on May 20, 2014, Plaintiff filed a Notice of Appeal seeking to appeal several orders issued in this case. The matter is currently before the Court on Plaintiff's application seeking to proceed *in forma pauperis* on appeal. (Docket Entry No. 92). Having reviewed the Notice of Appeal and Plaintiff's application, the Court concludes that the appeal is not taken in good faith. *See* 28 U.S.C. § 1915(a)(3). Accordingly, IT IS ORDERED that Plaintiff's application to proceed *in forma pauperis* is DENIED.

      IT IS SO ORDERED.


Dated: July 22, 2014                               S/ Sean F. Cox
                                                        Sean F. Cox
                                                        U. S. District Judge


I hereby certify that on July 22, 2014, the foregoing document was served on counsel of record

via electronic means and upon Robert Annabel II, via First Class mail at the address below:

Robert Annabel
414234
Ionia Maximum Correctional Facility
1576 W. Bluewater Highway
Ionia, MI 48846

                                              S/ Jennifer McCoy
                                              Case Manager